UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL MCMAHON, *et al.*,  )
           Plaintiffs, ) Case No. 2:13-cv-2304-GMN-GWF
vs. ) **ORDER**
WESTGATE RESORTS, INC., *et al.*, ) Motion to Extend (#5)
           Defendants. )

This matter comes before the Court on Defendants' Motion to Extend Time (#5), filed on December 24, 2013. Defendants seek an additional eight days to file a responsive pleading to Plaintiff's Complaint (#1), which Defendants removed to this Court on December 18, 2013. Defendants represent that the additional time is needed due to the complexity of the case and the intervening holidays. The Court finds that Defendants establish good cause for an extension. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Extend time (#5) is **granted**.

**IT IS FURTHER ORDERED** that Defendants shall have until **January 3, 2014** to file a responsive pleading to Plaintiff's Complaint.

DATED this 26th day of December, 2013.

*/s/ George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge